# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| JOSIEL HIDALGO HIDALGO | NO. 15-337 |

## ORDER

**AND NOW**, this 31st day of January, 2023, upon consideration of Hidalgo Hidalgo's Motion for Compassionate Release (ECF 60), the Government's Response (ECF 62) and Hidalgo Hidalgo's Reply (ECF 66), it is hereby **ORDERED** that Hidalgo Hidalgo's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.